# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

| In the matter of: | Case No. **15-12546-ABL** |
|---|---|
| **Jeffery Rohloff** | Chapter 7 |
| Debtor(s) | Judge **August B. Landis** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| IRS<br>PO Box 21126<br>Philadelphia PA 19114 | 2 | $5,361.42 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $5,361.42 |

Dated: 01/29/2019

/s/ WILLIAM A. LEONARD, JR.
WILLIAM A. LEONARD, JR.
6625 S. VALLEY VIEW BLVD BLDG. B
STE 224
Las Vegas, NV 89118
Telephone : (702) 262-9322

Case 15-12546-abl    Doc 77    Entered 01/29/19 10:30:01    Page 2 of 2